No. D–1836. IN RE DISBARMENT OF ZOLOT. Lawrence M. Zolot, of San Diego, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1837. IN RE DISBARMENT OF QUINN. Anthony P. Quinn, of Queens, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1838. IN RE DISBARMENT OF CROWLEY. Martin J. Crowley, of Smithtown, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 97–215. CALDERON, WARDEN v. THOMPSON. C. A. 9th Cir. Motion of petitioner to proceed with 8½- by 11-inch paper granted. Motion of petitioner to expedite consideration granted. Petition for writ of mandamus denied. Treating the papers submitted as a petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit, certiorari granted limited to Questions 1 and 2 presented by the petition.